IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                CASE NO. 4:05cr00042-01 JMM

RAED ALABED KATTOM

## AMENDED JUDGMENT & COMMITMENT

The Judgment, entered in this case on June 18, 2008 (docket entry #66), is amended to correct a clerical error. An additional condition of supervised release announced on record was omitted from the judgment. Defendant shall participate in mental health counseling with an emphasis on anger management under the guidance and supervision of the United States Probation Office.

The remaining portions of the Judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this order to the United States Probation Office and the United States Marshals Office.

IT IS SO ORDERED this 19th day of June, 2008.

                                        _/s/ James M. Moody_
                                        UNITED STATES DISTRICT JUDGE