

# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Raed Alabed Kattom     Case Number: 4:05CR00042-001 JMM

Name of Sentencing Judicial Officer:   Honorable James M. Moody
                                        United States District Judge

Offense:          Possession of a firearm by a convicted felon

Date of Sentence: February 17, 2006

Sentence:         24 months Bureau of Prisons, 3 years supervised release, mandatory drug testing, mental health counseling, DNA collection and $100 special penalty assessment

   January 22, 2007: Conditions of supervision modified to include substance abuse treatment

   April 25, 2008: Conditions of supervision modified to include 6 months in a residential re-entry center and the term of supervised release was extended to include 3 months of supervision once released from the halfway house

   June 17, 2008: Supervision revoked and sentenced to 9 months Bureau of Prisons, 1 year supervised release, mandatory drug testing and DNA collection

   June 19, 2008: Judgment amended to include mental health counseling with an emphasis on anger management

   March 17, 2009: Conditions of supervision modified to include substance abuse treatment

Type of Supervision:  Supervised Release    Date Supervision Commenced: March 2, 2009
                                            Expiration Date: March 1, 2010

Asst. U.S. Attorney: Joe Volpe              Defense Attorney: To be assigned

U.S. Probation Officer: Brent J. Young
Phone No.: 501-604-5284

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

**The defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.**

Prob 12B
Case 4:05-cr-00042-JMM   Document 69   Filed 04/17/09   Page 2 of 3
-2-
Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Raed Alabed Kattom                      Case Number: 4:05CR00042-001 JMM

## CAUSE

Since the commencement of Mr. Kattom's second term of supervised release which started on March 2, 2009, he has tested positive for opiates on March 11 and April 3, 2009, and marijuana on April 6, 2009. On March 17, 2009, the Court modified Mr. Kattom's conditions of supervised release to include substance abuse treatment. Mr. Kattom began participating in out-patient counseling at Family Service Agency in North Little Rock, Arkansas, on April 6, 2009. Based on Mr. Kattom's initial substance abuse assessment, his counsel recommended that he have a mental health evaluation to determine if there are mental health issues that may be contributing to his drug use.

On April 6, 2009, Mr. Kattom signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Supervised Release agreeing to participate in mental health counseling. During a telephone conversation the same day, Assistant Federal Public Defender Lisa Peters stated she did not object to the modification.

_____
Brent J. Young
U.S. Probation Officer

Date: April 8, 2009

_____
Joe Volpe
Assistant U.S. Attorney

Date: 4-15-09

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

4/17/09
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.**

Witness: _____   Signed: _____
U.S. Probation Officer                    Probationer or Supervised Releasee

4/6/2009
DATE